No. 1000. HENRY E. MEEKER, SURVIVING PARTNER, ETC., PETITIONER, *v.* LEHIGH VALLEY RAILROAD COMPANY; and

No. 1001. HENRY E. MEEKER, PETITIONER, *v.* LEHIGH VALLEY RAILROAD COMPANY. Petitions submitted April 6,

1914. Decided April 13, 1914. *Per Curiam.* Petitions for writs of certiorari granted, upon the authority of § 262 of the Judicial Code; *In re Chetwood*, 165 U. S. 443, 462; *Whitney* v. *Dick*, 202 U. S. 132; *McClellan* v. *Garland*, 217 U. S. 268; *United States* v. *Beatty*, 232 U. S. 463, 467. *Mr. William A. Glasgow, Jr.*, for the petitioner. No appearance for the respondent. *Mr. Joseph W. Folk* and *Mr. Charles W. Needham* filed a brief for The Interstate Commerce Commission.